1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7          **DISTRICT OF NEVADA**
8
9    GREG TAKUNG CHAO,
         *Petitioner*,                          2:14-cv-02039-GMN-PAL
10
     vs.
11
                                                 ORDER
12   D.W. NEVEN, et al.,
13       *Respondents*.
14

15       Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus.  He

16   indicates that it is a protective petition and that he has a pending state postconviction habeas

17   petition (ECF # 1-1, p. 1).

18       Petitioner has also filed an application to proceed *in forma pauperis* with a blank

19   financial certificate (ECF #1).  Petitioner noted on the certificate that he would submit a

20   completed certificate when he received it from prison personnel.  As more than forty-five days

21   have now passed, the court orders petitioner to promptly submit the requisite financial

22   information to complete his application to proceed *in forma pauperis* or pay the filing fee.

23       The clerk will retain the petition but will not file it at this time.

24       **IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the

25   date this order is entered to either (1) pay the $5.00 filing fee or (2) submit a fully completed

26   application to proceed *in forma pauperis*, including a financial certificate signed by an

27   authorized prison officer showing the status of petitioner's prison account.  Failure to take one

28   of these actions within thirty (30) days may result in the dismissal of this case.

1   **IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner two copies of this

2   order.   If petitioner wishes to pay the five dollar ($5) filing fee (the first option, above),

3   petitioner must make the necessary arrangements to have one copy of this order, along with a

4   check in the amount of the full $5 filing fee, sent to the court, by sending a copy of the order

5   with a "brass slip" to Inmate Services for issuance of the check.

6   **DATED** this 5th day of February, 2015.

7

8

9   _____

10  Gloria M. Navarro, Chief Judge
    United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-