UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GREG TAKUNG CHAO, | Case No. 2:14-cv-02039-GMN-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| D.W. NEVEN, et al., | |
| Respondents. | |

This 28 U.S.C. § 2254 habeas corpus petition by Nevada state prisoner Greg Takung Chao is before the court on petitioner's motions to extend time to file an amended petition (ECF Nos. 16, 17, 18). Good cause appearing,

**IT IS ORDERED** that petitioner's first, second, and third motions for extension of time to file an amended petition (ECF Nos. 16, 17, 18) are all **GRANTED**. Petitioner shall file the amended petition on or before November 30, 2018.

DATED: 12 October 2018.

GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT