UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GREG TAKUNG CHAO, | Case No. 2:14-cv-02039-GMN-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| D.W. NEVEN, et al., | |
| Respondents. | |

This 28 U.S.C. § 2254 habeas corpus petition by Nevada state prisoner Greg Takung Chao is before the court on motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that petitioner's fourth motion for extension of time to file an amended petition (ECF No. 20) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file a response to the amended petition (ECF No. 23) is **GRANTED**. Respondents shall file their response on or before March 4, 2019.

DATED: 22 January 2019.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1