UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GREG TAKUNG CHAO, | Case No. 2:14-cv-02039-GMN-EJY |
|---|---|
| Petitioner, | ORDER |
| v. | |
| D.W. NEVEN, et al., | |
| Respondents. | |

This is Greg Takung Chao's 28 U.S.C. § 2254 habeas corpus matter. Before the court are motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that respondents' 3 motions for extension of time to file an answer to the petition (ECF Nos. 41, 42, 43) are all **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's 2 motions for extension of time to file a reply in support of the petition (ECF Nos. 46 and 47) are both **GRANTED**. Petitioner shall file his reply on or before April 14, 2020.

DATED: 16 March 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JDUGE