UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GREG TAKUNG CHAO,

                    Petitioner,

    v.

D.W. NEVEN, et al.,

                    Respondents.

Case No. 2:14-cv-02039-GMN-EJY

ORDER

      This is Greg Takung Chao's 28 U.S.C. § 2254 habeas corpus matter.  Before the court is petitioner's unopposed extension of time.  Good cause appearing,

      **IT IS ORDERED** that petitioner's third motion for extension of time to file a reply in support of the petition (ECF No. 49) is **GRANTED**.  Petitioner shall file his reply on or before June 15, 2020.

      DATED: 15 April 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JDUGE