UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GREG TAKUNG CHAO,

                   Petitioner,

    v.

D.W. NEVEN, et al.,

                   Respondents.

Case No. 2:14-cv-02039-GMN-EJY

ORDER

      This is Greg Takung Chao's 28 U.S.C. § 2254 habeas corpus matter.  Before the court is petitioner's unopposed motion for extension of time.  Good cause appearing,

      **IT IS ORDERED** that petitioner's fourth motion for extension of time to file a reply in support of the petition (ECF No. 51) is **GRANTED**.  Petitioner shall file his reply on or before July 15, 2020.

      DATED: 18 June 2020.

                                                                     _____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JDUGE